WHITEHALL WATER POWER CO., Limited, et al., Respondents, v. ATLANTIC, GULF & PACIFIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) Action by the Whitehall Water Power Company, Limited, and another, against the Atlantic, Gulf & Pacific Company. No opinion. Motion denied. See, also, 147 N. Y. Supp. 1149.

---

WHITMAN v. MUNNICH et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Alfred A. Whitman against Charles L. Munnich and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1150.

---

WHITMAN v. MUNNICH et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Alfred A. Whitman against Charles L. Munnich and others. No opinion. Motion to dismiss appeal granted, with $10 costs unless appellant comply with terms stated in order. Order filed. See, also, 147 N. Y. Supp. 1150.

---

WHITNEY v. BRENACK et al. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Jessie C. Whitney, as administratrix, etc., against Emma F. Brenack and others. No opinion. Judgment of the County Court of Kings County affirmed by default, with costs. Default opened, 147 N. Y. Supp. 1150.

---

WHITNEY v. BRENACK et al. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Jessie C. Whitney, as administratrix, etc., against Emma F. Brenack and others. No opinion. Motion granted, default opened, and defendants permitted to file a brief herein within 10 days, on condition, however, that within 5 days they pay to the respondent the sum of $159.03 costs as taxed; otherwise, motion denied, with $10 costs. For former decision, 147 N. Y. Supp. 1150.

---

WHITNEY, Respondent, v. PRESTON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Daniel D. Whitney, Jr., against Henry L. Preston and Jacob Tuck. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

---

WHRITENOUR, Respondent, v. COMBS, Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by John C. Whritenour against Edgar Combs. No opinion. Judgment and order of the County Court of Nassau County affirmed, with costs.

---

WIBERT, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by Sarah E. Wibert against George N. Miller, Jr. H. Taylor, of New York City, for appellant. J. B. Sheehan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

WIGHT, Appellant, v. FOSTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Maud E. Wight against Jennie Foster and others.

PER CURIAM. Motion denied, on condition that plaintiff perfect her appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted.

---

WILLIAMS v. GIEBELHAUSEN et al. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by John S. Williams against Otto Giebelhausen and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 147 N. Y. Supp. 1150.

---

WILLIAMS, Appellant, v. GIEBELHAUSEN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by John S. Williams against Otto Giebelhausen and others. J. M. Williams, of New York City, for appellant. P. L. Ryan, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1150.

---

WILLIAMS PATENT CRUSHER & PULVERIZER CO. v. LYTH TILE CO. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by the Williams Patent Crusher & Pulverizer Company against the Lyth Tile Company. No opinion. Order affirmed without costs. For opinion below, see 146 N. Y. Supp. 306.

---

WINDSOR et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Millard F. Windsor and another against the New York Central & Hudson River Railroad Company. For opinion below, see 82 Misc. Rep. 38, 143 N. Y. Supp. 645.

PER CURIAM. Judgment affirmed, with costs.

FOOTE and MERRELL, JJ., dissent.

---

WINETSKY, Respondent, v. PLOTSKY, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Abraham Winetsky against Jacob Plotsky. J. D. Tobias, of New York City, for appellant. H. G. Guttman of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WING, Respondent, v. STRINGER, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Thomas E. Wing as substituted trustee, etc., against G. Franklin Stringer. C. A. Decker, of New York City, for appellant. B. D. Whedon, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOTCHKISS, J., dissents.